IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MANDRICK HOLMES**                                                                                **PLAINTIFFS**
**ADC # 152514,**
**and SHAY HUMPHREY**

v.                      **CASE NO. 5:13CV00007 BSM**

**DAVID HALL,** *et al.*                                                        **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition [Doc. No. 5] submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1. Plaintiffs' complaint is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).

2. It is certified, pursuant to 28 U.S.C. Section 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 25th day of April 2013.

                                                      /s/ Brian S. Miller
                                                      UNITED STATES DISTRICT JUDGE